# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| AZADWINDER SINGH, | Case No. 5:26-cv-00643-ODW-DFM |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| DAVID MARIN et al., | |
| Respondents. | |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of the objections. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

///
///
///
///
///
///
///
///

IT IS THEREFORE ORDERED that:

1. The Report and Recommendation is accepted.

2. The Petition for Writ of Habeas Corpus is GRANTED.

3. Respondents are enjoined from re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice and a hearing. At any such hearing, Respondents shall bear the burden of establishing that Petitioner poses a risk of flight or danger to the community.

Date: May 8, 2026

_____
OTIS D. WRIGHT, II
United States District Judge