JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| AZADWINDER SINGH, | Case No. 5:26-cv-00643-ODW-DFM |
| Petitioner, | |
| v. | JUDGMENT |
| DAVID MARIN et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that:

1.     The Petition for Writ of Habeas Corpus is GRANTED.

2.     Respondents are permanently enjoined from re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice and a hearing. At any such hearing, Respondents shall bear the burden of establishing that Petitioner poses a risk of flight or danger to the community.

Date: May 8, 2026

_____
OTIS D. WRIGHT, II
United States District Judge